**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants CITY OF REDDING, COUNTY OF SHASTA, REDDING POLICE DEPARTMENT, SHASTA COUNTY SHERIFF'S OFFICE, LEONARD MOTY, TOM BOSENKO, CHRIS SMYRNOS, ERIC WALLACE and EDWARD GILMETTE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE PIRRITANO, | Case No. 2:08-CV-1488-MCE-KJM |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CITY OF REDDING et al. | |
| Defendants. | |

The Court has reviewed the Stipulation and Request by the parties to dismiss the above-entitled matter with prejudice.

IT IS ORDERED that the entire Complaint is dismissed with prejudice against all remaining defendants, each party shall bear their own costs and fees. The Clerk of the Court is directed to close this case.

Dated: November 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL** 1